1
2
3
4
5
6
7
8
9                     UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

11
12
13
14

15   ANGEL ANTHONY GUZMAN,        ) SA CV 14-00022-PSG (SH)
                                  )
16                               )ORDER ACCEPTING THE
                 Petitioner,      )REPORT AND RECOMMENDATION
17                               )OF UNITED STATES MAGISTRATE
                                  ) JUDGE
18        v.                      )
                                  )
19   SHERROD, Warden,             )
                                  )
20                Respondent.     )
     ─────────────────────────────)
21
            Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the
22
     other records on file herein, and the Report and Recommendation of the United
23
     States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u>  review of
24
     those portions of the Report and Recommendation to which objections have been
25
     made.  The Court accepts the findings and recommendations of the Magistrate
26
     Judge.
27
28

                                         1

1    IT IS THEREFORE ORDERED that Judgment be entered dismissing the

2  Petition with prejudice.

3  DATED:   May 29, 2014

4

5

6  _____

7  PHILIP S. GUTIERREZ
   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2