UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| ANGEL ANTHONY GUZMAN, | ) SA CV 14-00022-PSG (SH) |
| | ) |
| Petitioner, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| SHERROD, Warden, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

///

///

///

///

1

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: May 29, 2014

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE